

R-1174  STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED
FEB 24, 2009        03:00 PM

Doc No(s) 2009-027272



/s/ NICKI ANN THOMPSON
REGISTRAR

20   1/1   Z9

| LAND COURT SYSTEM | | REGULAR SYSTEM |
|---|---|---|
| Return by:  Mail ( X ) | Pickup ( ) | |

TO:  LEU & OKUDA
Attorneys At Law
The Merchant House
222 Merchant Street, Main Floor
Honolulu, Hawaii 96813
Tel: (808) 538-1921

032566015 7

This document consists of 3 pages

TMK: (3) 7-4-018-040

## ASSIGNMENT OF MORTGAGE AND NOTE

This Assignment, made this **19th** day of **February**, 2009, by and between New Century Mortgage Corporation, hereinafter called the "Assignor", and **U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF DECEMBER 1, 2006 MASTR ASSET BACKED SECURITIES TRUST 2006-HE5 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-HE5**, whose principal place of business and post office address is c/o 4837 Watt Avenue, Suite 100, North Highlands, CA 95660, hereinafter called the "Assignee".

J:\FORECLOS\NON-JUD\HOMEQ-LOWTHER\ASN-MTG2.RTF

W I T N E S S E T H :

In consideration of the sum of ONE DOLLAR ($1.00) and other valuable consideration paid by the Assignee, the receipt of which is hereby acknowledged, the Assignor does hereby, without recourse, sell, assign, transfer, set over and deliver unto the Assignee, its successors and assigns, the mortgage and note hereinafter described, together with all the right, title and interest of the Assignor, in and to the property described in said mortgage, to wit:

> That certain mortgage made by Patrick Lowther, unmarried, as Mortgagor, to New Century Mortgage Corporation, as Mortgagee, dated July 12, 2006, and recorded in the Bureau of Conveyances of the State of Hawaii as Document No. DOCUMENT NO.2006-135170.

TO HAVE AND TO HOLD the same unto the Assignee, its successors and assigns forever.

IN WITNESS WHEREOF the said Assignor has executed these presents on the day and year first above written.

[SIGNATURES AFFIXED ON NEXT PAGE]

New Century Mortgage
Corporation by Barclays
Capital Real Estate Inc., dba
Homeq Servicing its attorney
in fact

By _____
Its _Joyce Nelson_
    **Assistant Secretary**

By _____
Its _Tonya Blechinger_
    **Assistant Secretary**

State of California
County of Sacramento

On February 18, 2009, before me, Jane Quick, Notary Public, personally appeared Joyce Nelson and Tonya Blechinger, who acknowledged himself/herself to be the Assistant Secretary of Barclays Capital Real Estate, Inc., who acknowledged himself/herself to be the Assistant Secretary of Barclays Capital Real Estate, Inc., who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____
Notary signature   **Jane Quick**

JANE QUICK
COMM. #1793292
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO CO.
EXP. MAR 9, 2012